IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**TYRONE SWIFT**  PETITIONER
**ADC #116284**

v.  Case No. 5:18-cv-115-KGB-JTR

**WENDY KELLEY, Director of**
**Arkansas Department of Correction**  RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that petitioner Tyrone Swift's petition for writ of habeas corpus is dismissed with prejudice. The relief requested is denied.

It is so adjudged this 27th day of January 2020.

Kristine G. Baker
United States District Judge